IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANGADBIR SINGH SALWAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRE IANCU, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>    Defendant. | Civil Action No. 1:18-CV-1543 (LMB/TCB) |

### [Proposed] ORDER

Upon consideration of the parties' joint motion for a briefing schedule and for good cause shown, it is hereby

ORDERED that the joint motion is GRANTED; and it is hereby

ORDERED that the requirement that Defendant answer the Complaint pursuant to Federal Rules of Civil Procedure 8 and 12 be, and the same hereby is, waived; it is further

ORDERED that the parties shall proceed in this matter without discovery and based on the evidence and arguments in the administrative record; and it is further

ORDERED that the parties shall adhere to the following schedule:

a. On or before **April 15, 2019**, Defendant shall file the administrative record of the proceedings before the United States Patent and Trademark Office regarding the patent application at issue in this action.

b. On or before **May 15, 2019**, Plaintiff shall file his motion for summary judgment and supporting memorandum.

c. On or before **June 14, 2019**, Defendant shall file its own cross-motion for summary judgment and a single memorandum of law both in support of its

      own cross-motion and in opposition to Plaintiff's motion for summary judgment.

d.   On or before **July 12, 2019**, Plaintiff shall file a single memorandum of law containing reply arguments in support of his own motion for summary judgment and in opposition to Defendant's cross-motion for summary judgment.

e.   On or before **August 2, 2019**, Defendant shall file a reply memorandum of law in support of its own cross-motion for summary judgment.

f.   The parties shall notice hearings for their respective motions on **August 9, 2019, at 10:00 a.m.**

DATE: _____